UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS Division

| | |
|---|---|
| In re:  **William K. Lennon and** **Doris M. Lennon** | ) <br> ) Case No. 08-50999-FJS <br> ) <br> ) Chapter 7 |
| Debtors | ) |

### AMENDED MOTION TO RETURN UNCLAIMED FUNDS
### CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. § 347 AND 28 U.S.C. § 2042

GE Money Bank, DBA Lowe's Platinum Visa, claimant in the above-captioned case ("Claimant"), states as follows:

1. The Claimant is the Owner of Claim No. 15 filed on December 30, 2008 as GE Money Bank, DBA Lowe's Platinum Visa in the amount of $5,001.10. Proof of Ownership attached as Exhibit 1. (GE Money Bank d/b/a Lowe's Platinum Visa is the creditor and Recovery Management Systems Corporation filed the proof of claim for GE Money Bank d/b/a Lowe's Platinum Visa.)

2. The Claimant who was due to receive moneys paid by the trustee. The trustee did, if fact, make a distribution/refund from the estate to the Claimant in the amount of approximately $5,001.10. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347. The Claimant believes that it did not receive the funds in the above case for the following reasons:   Original address provided to the court no longer valid.

3. The Claimant believes that it is the only party entitled to these funds. Pursuant to 11 U.S.C. § 347, 28 U.S.C. § 2042, and Local Bankruptcy Rule 3011-1, the Claimant request that the Court enter an order directing payment to the Claimant and that payment be made in care of Claimant's agent pursuant to the Limited Power of Attorney attached hereto Exhibit 1:

>GE Money Bank, DBA Lowe's Platinum Visa
>c/o Dale Kennedy
>American Property Locators, Inc.
>3855 S. Boulevard, Suite 200
>Edmond, OK  73013-5498

4. The Claimant's current address, phone number and social security/tax identification number are GE Money Bank, DBA Lowe's Platinum Visa, Attn:  Diana Ungureanu, GE Global Business Services 4211 Metro Parkway, Ft. Myers, FL  33916, Telephone:  (239) 275-2475, Tax ID (last four digits):  14-0689340

WHEREFORE, Claimant requests that the Court enter an order directing payment of all unclaimed funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

>Respectfully submitted,
>
>**GE Money Bank, DBA Lowe's Platinum Visa**
>Claimant

MORAN MONFORT, P.L.C.

**/s/ George LeRoy Moran**
**George LeRoy Moran, Esquire**
**Virginia State Bar No. 15187**
**4041 University Drive, Suite 301**
**Fairfax, VA 22030-3410**
**Phone: (703) 359-8088**
**Facsimile: (703) 359-8094**
**glmoran@moranmonfort.com**

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and accurate copy of the foregoing Motion together with the accompanying Notice and Proposed Order, to be mailed, first class postage prepaid, on this 27th day of November, 2012, to the following:

United States Attorney
101 W. Main Street
Suite 8000
Norfolk, VA 23510-1671

United States Trustee,
Office of the U.S. Trustee - NN
W. Clarkson McDow, Jr.,
200 Granby Street
Norfolk, VA 23510-1811

Clara P. Swanson
707 Mobjack Place
Newport News, VA 23606-1929
*Case Trustee*

Barry W. Spear
1769 Jamestown Road, Suite 214
Williamsburg, VA 23185-2307
*Counsel to the Debtor*

                              */s/George LeRoy Moran*
                                **George LeRoy Moran**